FILED
2009 Aug-25  PM 02:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | | |
|---|---|---|
| **DONNA L. MORROW,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| vs. | ) | **Case No.  7:08-CV-00977-VEH** |
| | ) | |
| **CHASE BANK USA, N.A., et al.,** | ) | |
| | ) | |
| **Defendants** | ) | |

## O R D E R

On July 8, 2009, the magistrate judge's report and recommendation was entered with respect to the Motions for Summary Judgment of Chase Bank USA, N.A., (Doc. #41) and Mann Bracken, LLC, (Doc. #44), and the parties were allowed therein eleven (11) days in which to file objections to the recommendations made by the magistrate judge.  No objections have been filed to the magistrate judge's report and recommendation by plaintiff or defendant.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby **ADOPTS** the report of the magistrate judge.  The court further **ACCEPTS** the recommendations of the magistrate judge and it is, therefore,

**ORDERED**, **ADJUDGED** and **DECREED** that the Motions for Summary Judgment of Chase Bank USA, N.A., and Mann Bracken, LLC, are due to be and hereby are **GRANTED**. Plaintiff's claims against Chase Bank USA, N.A., and Mann Bracken, LLC, are **DISMISSED WITH PREJUDICE**, and Chase Bank USA, N.A., and Mann Bracken, LLC, are **DISMISSED WITH PREJUDICE** as defendants from this action, costs taxed as paid.

**DONE** this the 25th day of August, 2009.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge