FILED
2009 Sep-09 PM 03:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| **DONNA L. MORROW,** ] | |
| ] | |
| **Plaintiff,** ] | |
| ] | |
| v. ] | **CIVIL ACTION NO.:** |
| ] | **7:08-CV-977-VEH** |
| **EXPERIAN,** ] | |
| ] | |
| **Defendant.** ] | |

## FINAL DISMISSAL ORDER

On August 26, 2009, it having come to the Court's attention that more than 120 days have elapsed since the filing of this action, and no return of service of process has been filed reflecting service on Defendant Experian, the Court ordered the Plaintiff to show good cause, within ten (10) days, why this action should not be dismissed pursuant to Fed. R. Civ. P. 4(m) as to the above named defendant.

The time set for the Plaintiff to show good cause has passed without response by the Plaintiff.

Therefore, the Court hereby **ORDERS** that, pursuant to Fed. R. Civ. P. 4(m), this action is **DISMISSED WITHOUT PREJUDICE** as to the only remaining Defendant Experian.

**DONE** and **ORDERED** this 9th day of September, 2009.

                                                **VIRGINIA EMERSON HOPKINS**
                                                United States District Judge